09/09/2006  05:24                                                                                    #1890 P.002 /003

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SABIR SALEH, Individually and on Behalf of
All Other Persons Similarly Situated

                            Plaintiffs,

-against-

ESPLANADE 94, LLC, THE ALEXANDER
HOTEL, ALEXANDER SCHARFUENCH
and JOHN DOES #1-10, Jointly and Severally,

                            Defendants.
----------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

Civ. No.: 08 CV 5517 (CM)

Judge McMahon

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants (the "Parties"), that the date by which Defendants must answer, move or otherwise respond to the Complaint is hereby extended from July 17, 2008 (20 days after the Complaint initially was served) to **July 31, 2008**. The parties also agree that the statute of limitations of the putative collective action members' claims under the Fair Labor Standards Act is hereby tolled from July 17, 2008 to July 31, 2008. Pursuant to Rule 1(E) of this Court's Individual Practices, the Parties certify that no previous requests for extension of this deadline have been made.

PELTON SERPE LLP
Attorneys for Plaintiffs
111 Broadway, 9th Floor
New York, NY 10006
(212) 725-3600
By: _____
    BRENT E. PELTON, ESQ.

JACKSON LEWIS LLP
Attorneys for Defendants
58 South Service Road – Suite 410
Melville, New York 11747
(631) 247-0404
By: _____
    WENDY J. MELLK, ESQ. (WM-1515)

09/09/2006  05:24                                                                    #1890 P.003 /003

SO ORDERED on this 14 day of July, 2008.

_____
United States District Judge

I:\Clients\E\Esplanado-Salch\Pleadings\Stip Extending Time to Answer.doc