UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 410
Melville, NY 11747
(631) 247-0404

ATTORNEYS OF RECORD:
    PAUL J. SIEGEL (PS2245)
    WENDY J. MELLK (WM1515)

---------------------------------------------------------------X

SABIR SALEH, Individually and on Behalf of
All Other Persons Similarly Situated,

    Plaintiffs,

-against-

ESPLANADE 94, LLC, THE ALEXANDER
HOTEL, ALEXANDER SCHARFUENCH
and JOHN DOES #1-10, Jointly and Severally

    Defendants.

---------------------------------------------------------------X

Civil Action No.: 08 CV 5517 (CM)

**CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:    BRENT E. PELTON, ESQ. (BP1055)
        PELTON SERPE, LLP
        111 Broadway, 9th Floor
        New York, NY 10006
        (212) 725-3600

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants hereby certifies that the corporate Defendant's proper name is Esplanade 94 LLC d/b/a the Hotel Alexander. Defendants are not publicly-held and

have no publicly held subsidiaries.

Dated: Melville, New York
      July 31, 2008

                        Respectfully submitted,

                        JACKSON LEWIS LLP
                        *ATTORNEYS FOR DEFENDANTS*
                        58 South Service Rd., Ste. 410
                        Melville, New York  11747
                        (631) 247-0404

            By:        s/
                        Paul J. Siegel (PS2245)
                        Wendy J. Mellk (WJM1515)

## CERTIFICATE OF SERVICE

   I hereby certify that on July 31, 2008, the <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>, was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

BRENT E. PELTON, ESQ.
PELTON SERPE, LLP
111 Broadway, 9th Floor
New York, NY 10006
(212) 725-3600
pelton@peltonserpe.com

              s/
              WENDY J. MELLK (WJM1515)

I:\Clients\E\Esplanade-Saleh\Pleadings\Rule 7.1.doc

3